CHARLES JONES, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Jones* v. *Mayor, etc., of New York,* 60 App. Div. 622, affirmed.
(Argued March 31, 1902; decided April 15, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 15, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*George L. Rives,* Corporation Counsel (*Theodore Connoly* and *Chase Mellen* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.